**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

NATRIA FULTON,

      Plaintiff,

v.                                 Case No. 15-14110

EQUIFAX INFORMATIONAL SERVICES, LLC,
*et al.*,

      Defendants.

_____/

JUDGMENT

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment and Denying Defendant's Motion for Sanctions" (Dkt. # 38) dated September 30, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Helvey & Associates, Inc. and against Plaintiff Natria Fulton. Dated at Detroit, Michigan, this 30th day of September, 2016.

DAVID J. WEAVER
CLERK OF THE COURT

BY:   S/Lisa Wagner
Lisa Wagner, Deputy Clerk
and Case Manager to
Judge Robert H. Cleland

C:\Users\wagner\AppData\Local\Temp\notesDF63F8\15-14110.FULTON.judgment.tlh.wpd